**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 18, 2021**



John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-55404 |
| Colleen Theresa Carman | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman, Jr. |

### AGREED ORDER REGARDING DEBTOR'S AMENDED MOTION TO SELL REAL ESTATE (Doc. 131)

This cause is before the Court on Debtor's Amended Motion to Sell Real Estate (Doc. 131) (the "Motion") and the Response (Doc. 135) thereto filed by Faye D. English, Chapter 13 Trustee ("Trustee"). Debtor seeks authority to sell real property located at 24 Bancroft Place, Hebron, Ohio 43025. Trustee does not oppose the sale, but filed a response to clarify that in the event the net sale proceeds exceed the Debtor's claimed homestead exemption, those non-exempt sale proceeds will be administered by the Trustee for the benefit of unsecured creditors.

By agreement of the parties, the Court finds that the Motion is well-taken and it is hereby granted, subject to the terms of this Agreed Order.

1. Debtor is authorized to sell the real property located at 24 Bancroft Place, Hebron, Ohio 43025.

2. The mortgages and any transactional costs (i.e. real estate commissions and fees, closing costs, property tax arrearages and prorations) shall be paid at closing from the proceeds of the sale, leaving net sale proceeds in the approximate amount of $144,649.14.

3. Debtor shall retain net sale proceeds in the amount of $136,925.00. In the event the net sale proceeds exceed the Debtor's claimed homestead exemption in the amount of $136,925.00, those non-exempt sale proceeds shall be paid to the Chapter 13 Trustee to be administered for the benefit of unsecured creditors.

**IT IS SO ORDERED.**

Agreed:

/s/ Stacey A. O'Stafy
Faye D English, Chapter 13 Trustee
Stacey A. O'Stafy (0070386), Staff Attorney
10 West Broad Street, Suite 1600
Columbus, OH 43215
(614) 420-2555
(614) 420-2550 (fax)
stacey.ostafy@ch13columbus.com


/s/ James W. Park via email 2/17/21
James W. Park (0082331)
Attorney for Debtor
PO Box 20622
Columbus, OH 43220
Phone: (614) 636-5290
Fax: (614) 748-0627
E-mail: jameswparkesq@gmail.com

Copies to:  Default List